Todd M. Friedman, Esq. (216752)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: (877) 206-4741
Fax: (866) 633-0228
tfriedman@toddflaw.com
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANCE NEUMEYER, individually and on behalf of all others similarly situated,<br>Plaintiff,<br><br>vs.<br><br>CAPITAL ALLIANCE GROUP; and DOES 1 through 10, inclusive, and each of them,<br>Defendant. | CASE NO. 3:18-cv-00759-BAS-KSC<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT AGAINST DEFENDANT CAPITAL ALLIANCE GROUP ONLY** |

Plaintiff hereby applies for the entry of default against Defendant, **CAPITAL ALLIANCE GROUP ONLY**. Defendant was served a copy of the complaint via process server on April 27 2018. See Exhibit A. Defendant is still in business and has offered no explanation for its failure to answer the instant complaint.

Respectfully submitted this 26th July 2018.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Attorney for Plaintiff

1
2
3
4
5                                       EXHIBIT A
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address)<br>TODD FRIEDMAN SBN 216752<br>Law Offices of Todd M. Friedman,PC<br>21550 Oxnard St. #780<br>Woodland Hills CA 91367<br>ATTORNEY FOR    Plaintiff | TELEPHONE NUMBER<br>(866) 598-5042<br><br>Ref. No. or File No.<br>L17096925ATF | FOR COURT USE ONLY |
|---|---|---|
| UNITED STATES DISTRICT COURT - SAN DIEGO, CALIFORNIA<br>401 West A Street Ste 2000<br>San Diego, CA 92101 | | |
| SHORT TITLE OF CASE:<br>Neumeyer, Lance v. Capital Alliance Group | | |
| INVOICE NO.   DATE:   TIME:   DEP./DIV.<br>1995585 | | CASE NUMBER:<br>3:18-cv-00759-BAS-KSC |

United States District Court

Declaration of Service

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. I served the:

Summons in a Civil Action; Class Action Complaint; Civil Cover Sheet;

On: Capital Alliance Group

At: 818 W 7th St Ste 930
    Los Angeles, CA 90017

In the above named action by delivering to and leaving with

Carlos Paz

Whose title is: Agent for Business Filings Inc.

On: 4/27/2018            At: 02:00 PM

Fees Paid: 0.00

Person who served papers   a. Name:Judith Smith   b. Address: 15345 Fairfield Ranch Rd Suite 200, Chino Hills, CA 91709
c. Telephone number: 909-664-9577   d. The fee for this service was: 69.50   e. I am:   (3) [X] CA process server:          (i)
[X] Independent Contractor          (ii) Registration No.: 2013100780          (iii) County: Los Angeles

CONTINUED ON NEXT PAGE

**Declaration of Service**

Billing Code: L17096925ATF

| PLAINTIFF/PETITIONER: | Lance Neumeyer | CASE NUMBER: |
|---|---|---|
| DEFENDANT/RESPONDENT: | Capital Alliance Group | 3:18-cv-00759-BAS-KSC |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

4/27/2018

Judith Smith                                                            >

**Declaration of Service**

**Billing Code:** L17096925ATF

Filed electronically on this 26th July 2018, with:

United States District Court CM/ECF system

Honorable Judge of the United States District Court of California

A copy sent via mail on July 26 2018 to:

CAPITAL ALLIANCE GROUP

At: 818 W 7th St Ste 930
Los Angeles, CA 90017

s/Todd Friedman
TODD FRIEDMAN