

# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lance Neumeyer, individually and on behalf of all others similarly situated<br><br>**Plaintiff,**<br><br>V.<br><br>Capital Alliance Group; Does 1 through 10, inclusive, and each of them<br><br>**Defendant.** | Civil No.   18cv759-BAS-KSC<br><br>**DEFAULT** |

  It appears from the record in the above entitled action that Summons issued on the Original Complaint Filed on 4/23/2018 has been regularly served upon the Defendant hereinafter named; and it appears from the affidavit of counsel for Plaintiff and the records herein that the Defendant has failed to plead or otherwise defend in said action as required by said Summons and provided by the Federal Rules of Civil Procedure.  Now, therefore, on request of counsel for Plaintiff, the DEFAULT of the following Defendant is hereby entered: Capital Alliance Group

Entered On:  Jul 27, 2018

**JOHN MORRILL, Clerk of Court**

By:  s/ J. Taylor

J. Taylor, Deputy