1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LANCE NEUMEYER, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CAPITAL ALLIANCE GROUP,<br><br>Defendant. | Case No. 18-cv-00759-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO SET ASIDE ENTRY OF DEFAULT AND EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>**[ECF No. 6]** |

Presently before the Court is the parties' joint motion to set aside the entry of default against Defendant Capital Alliance Group and extend the time for Defendant to respond to the complaint. (ECF No. 6.)  Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion.  The Clerk of the Court shall set aside the entry of default against Defendant, and Defendant shall file a response to the complaint **no later than August 17, 2018**.

**IT IS SO ORDERED.**

**DATED:  August 2, 2018**

Hon. Cynthia Bashant
United States District Judge