UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LANCE NEUMEYER,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ALLIANCE GROUP,<br><br>　　　　　　　　　Defendant. | Case No. 18-cv-759-BAS-KSC<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS**<br><br>**[ECF No. 15]** |

Presently before the Court the Parties' Joint Motion to Dismiss. (ECF No. 15.) The Parties request the Court dismiss with prejudice Plaintiff's individual claims and dismiss without prejudice the claims of the putative class. Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated, each party shall bear their own costs and attorney fees. The Clerk is instructed to close the file.

**IT IS SO ORDERED.**

**DATED: November 2, 2018**

　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　United States District Judge